PCM5.12.21
LAD: USAO # 2021R00286

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2021 JUL 29 PM 3:37
CLERK'S OFFICE
AT BALTIMORE
BY ________ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA** *
*
**v.** * **CRIMINAL NO.** SAG 21-287
*
**DAYTRON JOHNSON,** *
*
**Defendant** *
*

**(Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1); Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c); Forfeiture, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853)**

*******

**INDICTMENT**

**COUNT ONE**

The Grand Jury for the District of Maryland charges that:

On or about March 11, 2021, in the District of Maryland, the Defendant,

**DAYTRON JOHNSON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, a SCCY IND., Model CPX-1, 9 mm semi-automatic pistol, bearing serial number 486684; and 7 rounds of 9 mm ammunition; and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

**COUNT TWO**
**(Possession With the Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland further charges that:

On or around March 11, 2021, in the District of Maryland, the Defendant,

**DAYTRON JOHNSON,**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a).

21 U.S.C. § 841(a)

**COUNT THREE**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

The Grand Jury for the District of Maryland further charges that:

On or around March 11, 2021, in the District of Maryland, the Defendant,

**DAYTRON JOHNSON,**

did knowingly possess a firearm, specifically the firearm described in Count One of this Indictment, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a), as alleged in Count Two of this Indictment.

18 U.S.C. § 924(c)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and 18 U.S.C. § 924(d), in the event of the Defendant's convictions.

### Firearms and Ammunition Forfeiture

2. Pursuant to 18 U.S.C. § 924(d), upon conviction of an offense alleged in Counts One or Three, the Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in those offenses.

### Narcotics Forfeiture

3. Pursuant to 21 U.S.C. § 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in Count Two, the Defendant shall forfeit to the United States of America:

a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense.

### Substitute Assets

4. Pursuant to 21 U.S.C. § 853(p), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been comingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the Defendant up to the value of the property charged with forfeiture in the paragraphs above.

**Property Subject to Forfeiture**

5. The property to be forfeited includes, but is not limited to, the following:

a. One SCCY IND., Model CPX-1, 9 mm semi-automatic pistol, bearing serial number 486684; and

b. 7 rounds of 9 mm ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
21 U.S.C. § 853

Jonathan Lenzner / LAD
Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

7/29/2021
Date